EL PUEBLO, apelado, *v.* ANDÚJAR, apelante.

Corte de Distrito de Arecibo.

No. 2719.—*Visto:* Mayo 9, 1926. *Resuelto:* Junio 9, 1926.

El apelante en este caso fué acusado por abuso de con-

fianza consistente en haberse apropiado la suma de $45, importe del valor de un caballo que se alega le fué confiado para la venta. Después de analizar la prueba, el tribunal concluye que no hay evidencia de la entrega de propiedad alguna al acusado para ser vendida por él. La prueba tiende a demostrar no la apropiación de dinero alguno perteneciente al denunciante tal como se imputa en la denuncia, sino más bien en la apropiación por el acusado para su uso, de un caballo confiádole no para venderlo sino para entregarlo a un comprador en perspectiva de conformidad con un proyectado convenio ya negociado entre el vendedor y dicho comprador. A este respecto el apelante cita 9 R.C.L. 1297, sección 43. Sin embargo, como el fiscal no discute la cuestión de discrepancia, no es necesario que resolvamos definitivamente el punto de derecho envuelto. La prueba, tomada en conjunto, puede muy difícilmente considerarse suficiente para sostener una sentencia condenatoria.

*Revocada la sentencia.*

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.